Honorable J. Kelley Arnold

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PAEA K. MANU'ATU, KAREN M. MANU'ATU, ELISHAMA A. McCLINTON, and HANNAH E. McCLINTON,<br><br>    Defendants. | CIV. NO.  04-5024 JKA<br><br>**ORDER GRANTING MOTION OF LARRY N. JOHNSON FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL FOR DEFENDANT ELISHAMA A. McCLINTON** |

    Before the Court is the Motion of Larry N. Johnson for Leave of Court to Withdraw as Counsel for Defendant Elishama A. McClinton.  Upon consideration of the motion, and for good cause shown, it is hereby

    ORDERED that the Motion of Larry N. Johnson for Leave of Court to Withdraw as Counsel for Defendant Elishama A. McClinton is GRANTED.  It is further

    ORDERED that Larry N. Johnson is hereby granted leave to withdraw as counsel for Defendant Elishama A. McClinton.

[PROPOSED] ORDER
(Civ. No. 04-5024 JKA)
Page 1 of 2

Law Office of Larry N. Johnson PLLC
Courtyard Plaza, Suite 6
14242 Ambaum Blvd SW
Seattle, WA 98166
Tel. No. : (206) 243-7600
Fax No. :  (206) 243-051

1   DATED this 9th day of May, 2005.

2

3                                                   /s/ J. Kelley Arnold
                                                    UNITED STATES MAGISTRATE JUDGE
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

[PROPOSED] ORDER                                    Law Office of Larry N. Johnson PLLC
(Civ. No. 04-5024 JKA)                              Courtyard Plaza, Suite 6
Page 2 of 2                                         14242 Ambaum Blvd SW
                                                    Seattle, WA 98166
                                                    Tel. No. : (206) 243-7600
                                                    Fax No. :  (206) 243-051