Honorable J. Kelley Arnold

UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civ. No. 04-5024 JKA |
| Plaintiff, ) | |
| v. ) | ORDER FOR DEFAULT JUDGMENT AGAINST PAEA K. MANU'ATU |
| PAEA K. MANU'ATU, KAREN M. MANU'ATU, ELISHAMA A. McCLINTON, and HANNAH E. McCLINTON, ) | |
| Defendants. ) | |

This matter is before the Court on the United States' Motion for Entry of Default Judgment Against Paea K. Manu'atu. Upon review of the motion, the declarations submitted therewith, and the record in this case, it is hereby

ORDERED that default judgment is entered against Paea K. Manu'atu in the amount of $54,719.75, plus interest and other statutory additions from July 29, 2005.

///

///

///

///

[PROPOSED] ORDER
(Civ. No. 04-5024 JKA)

U.S. DEPARTMENT OF JUSTICE
Tax Division
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683
Telephone: (202) 514-9593

IT IS SO ORDERED.  The Clerk is directed to enter judgment accordingly.

DATED this 17th day of August, 2005.

    /s/ J. Kelley Arnold
UNITED STATES MAGISTRATE JUDGE

Presented by:

JOHN L. McKAY
United States Attorney

ROBERT P. BROUILLARD, WSB #19786
Assistant United States Attorney

s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Fax: (202) 307-0054
Jennifer.D.Auchterlonie@usdoj.gov

Attorneys for plaintiff

[PROPOSED] ORDER
(Civ. No. 04-5024 JKA)

U.S. DEPARTMENT OF JUSTICE
Tax Division
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683
Telephone: (202) 514-9593