# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br>            Plaintiff,<br><br>   v.<br><br>PAEA K MANU'ATU, ET AL.,<br><br>            Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C04-5024JKA |

☐   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

✓   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**Order for Default Judgment is entered against Paea K Manu'atu in the amount of $54,719.75, plus interest and other statutory additions from July 29, 2005.**

August 19, 2005
Date

BRUCE RIFKIN
District Court Executive

s/Kelly A Miller
By Kelly A Miller, Deputy Clerk