Honorable J. Kelley Arnold

UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAEA K. MANU'ATU, KAREN M. )<br>MANU'ATU, ELISHAMA A. McCLINTON, )<br>and HANNAH E. McCLINTON, )<br>)<br>Defendants. )<br>_____ ) | Civ. No. 04-5024 JKA<br><br>ORDER OF DISMISSAL OF DEFENDANTS KAREN M. MANU'ATU AND HANNAH E. McCLINTON |

This matter is before the Court on the stipulation of the United States and defendants Karen M. Manu'atu and Hannah E. McClinton, to dismiss this action against said defendants with prejudice. Upon review of the stipulation and the record in this case, it is hereby

ORDERED that this action is DISMISSED WITH PREJUDICE as to defendants Karen M. Manu'atu and Hannah E. McClinton. It is further

ORDERED that plaintiff and defendants Karen M. Manu'atu and Hannah E. McClinton shall bear their own fees and costs of litigation in this matter, including attorney's fees.

///

///

ORDER
(Civ. No. 04-5024 JKA)

U.S. DEPARTMENT OF JUSTICE
Tax Division
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683
Telephone: (202) 514-9593

- 1 -

1  IT IS SO ORDERED.  The Clerk is directed to enter judgment accordingly.

2

3  DATED this 24th day of August, 2005.

4

5

6                                           /s/J. Kelley Arnold
                                           UNITED STATES MAGISTRATE JUDGE
7  Presented by:

8  JOHN L. McKAY
9  United States Attorney

10 ROBERT P. BROUILLARD, WSB #19786
   Assistant United States Attorney

11

12 s/ Jennifer D. Auchterlonie
   JENNIFER D. AUCHTERLONIE
13 Trial Attorneys, Tax Division
   U.S. Department of Justice
14 P.O. Box 683, Ben Franklin Station
   Washington, D.C.  20044-0683
15 Telephone: (202) 514-9593
   Fax: (202) 307-0054
16 Jennifer.D.Auchterlonie@usdoj.gov

17 Attorneys for plaintiff

18

19

20

21

22

23

24

25

26

27   ORDER                                    U.S. DEPARTMENT OF JUSTICE
     (Civ. No. 04-5024 JKA)                   Tax Division
28                                            P.O. Box 683, Ben Franklin Station
                                              Washington, DC 20044-0683
                                              Telephone: (202) 514-9593