# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>PAEA K MANU'ATU, ET AL.,<br>Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER: C04-5024JKA |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

✓ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**This action is DISMISSED WITH PREJUDICE as to Defendants Karen M Manu'atu and Hannah E McClinton. Both defendants shall bear their own fees and costs of litigation in this matter, including attorney's fees.**


August 25, 2005
Date

BRUCE RIFKIN
District Court Executive

s/Kelly A Miller
By Kelly A Miller, Deputy Clerk