# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br>      Plaintiff,<br><br>v.<br><br>PAEA K MANU'ATU, ET AL.,<br>      Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER: C04-5024JKA |

   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

✓   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**The United States; Motion for Summary Judgment against Defendant Elishama A McClinton is GRANTED. Defendant McClinton is liable to the United States in the amount of $54,719.75, plus interest accruing from July 29, 2005, until paid.**


August 30, 2005              BRUCE RIFKIN
Date                    District Court Executive


                       s/Kelly A Miller
                       By Kelly A Miller, Deputy Clerk